```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/17/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MAZZEI, individually and on behalf of the Fee-Split Class,

                      Plaintiff,

-against-

THE MONEY STORE, TMS MORTGAGE, INC. and HOMEQ SERVICING, INC., WELLS FARGO BANK N.A.,

                      Defendants.

20 Civ. 3702 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Plaintiff's request that this action be designated as related to case number 01 Civ. 5694, and reassigned to the Honorable John G. Koeltl, ECF No. 27, is DENIED. The Court does not believe that the interests of justice and efficiency would be served by transferring the case. *See* Rules for the Division of Business Among District Judges for the Southern District of New York, Rule 13(a)(1); *see also id.* Rule 13(b)(3).[1]

    The Clerk of Court is directed to terminate the motion at ECF No. 27.

    SO ORDERED.

Dated: July 17, 2020
       New York, New York

                                                      ANALISA TORRES
                                                 United States District Judge

---

[1] Rule 50.3.1 of the Rules for the Division of Business Among Judges, on which Plaintiff relies, ECF No. 27 at 2–3, applies only to cases in the United States District Court for the Eastern District of New York.