UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MAZZEI, individually and on behalf of the Fee-Split Class,

                        Plaintiff,

-against-

THE MONEY STORE, TMS MORTGAGE, INC. and HOMEQ SERVICING, INC., WELLS FARGO BANK N.A.,

                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/21/2020_

20 Civ. 3702 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The July 21, 2020 order setting a briefing schedule for Defendants' motion to dismiss, ECF No. 31, is AMENDED as follows:

1. By **August 18, 2020**, Defendants shall file their motion to dismiss;
2. By **September 8, 2020**, Plaintiff shall file his opposition; and
3. By **September 22, 2020**, Defendants shall file any reply.

SO ORDERED.

Dated: July 21, 2020
       New York, New York

                                       ANALISA TORRES
                                 United States District Judge