USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/4/2020_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH MAZZEI, individually and on behalf of the Fee-Split Class,

                          Plaintiff,

-against-

THE MONEY STORE, TMS MORTGAGE, INC. and HOMEQ SERVICING, INC., WELLS FARGO BANK N.A.,

                          Defendants.

20 Civ. 3702 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The initial pretrial conference scheduled for August 4, 2020, is ADJOURNED *sine die*.

SO ORDERED.

Dated: August 4, 2020
       New York, New York

                                        ANALISA TORRES
                                 United States District Judge