**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JOSEPH MAZZEI, individually and on behalf of
The fee-Split Class,

                Plaintiff,

-against-                              20 **CIVIL** 3702 (AT)

                                              **JUDGMENT**

THE MONEY STORE, TMS MORTGAGE, INC.
and HOMEQ SERVICING, INC., WELLS
FARGO BANK, N.A.,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated December 30, 2020, Defendants' motion to dismiss is granted; accordingly, the case is closed.

**Dated:**  New York, New York
          December 30, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                      **Clerk of Court**
                                      **BY:**
                                                      **Deputy Clerk**