UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JOSEPH MAZZEI, individually and on behalf of
the Fee-Split Class,

                                   Plaintiffs,

    - against -

THE MONEY STORE, TMS MORTGAGE, INC.
and HOMEQ SERVICING INC., WELLS FARGO
BANK, N.A.,

                                Defendants.
------------------------------------------------------------

Index No.: 20-cv-3702 (AT)

# NOTICE OF APPEAL

Notice is hereby given that Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Second Circuit from the Order dated December 30, 2020 dismissing the claims in this case, and from the Order filed on September 27, 2021 denying Plaintiffs' Motion for Reconsideration.

Date: October 26, 2021

                                                      _____
                                                      Paul S. Grobman
                                                      Attorney for Plaintiff-Appellants
                                                      555 Fifth Avenue, 17th Floor
                                                      New York, NY 10017
                                                      *grobtown@aol.com*
                                                      212-983-5880